IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **KATHRYN JORDAN,** | |
| Plaintiff, | **Case No. 08-cv-06414** |
| v. | |
| **VERIZON CORPORATION,** | **Judge Gerard E. Lynch** |
| Defendant. | |

## NOTICE OF MOTION

**TO:**   Ms. Kathryn Jordan
340 Royal Poinciana Way
Palm Beach, Florida 33480

On August 11, 2008, or as soon thereafter as counsel may be heard, I shall appear before Judge Gerard E. Lynch in Room 6b in the United States District Court for the Southern District of New York, and then and there will present the attached **Defendant Verizon's Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint** at which time you may appear if you see fit to do so.

Dated: August 6, 2008

Respectfully Submitted,

 /s/ Kenneth W. Gage
Kenneth W. Gage (NY 2477784)
Paul, Hastings, Janofsky & Walker LLP
191 North Wacker Drive
30th Floor
Chicago, IL  60606
Telephone:  (312) 499-6046
Facsimile:   (312) 499-6146
E-Mail:  kennethgage@paulhastings.com

LEGAL_US_E # 80350122.1

**CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of August, I served a true and correct copy of the foregoing **Defendant Verizon's Notice of Motion**, via U.S. Postal Service, Certified Mail/Return Receipt, via First Class Mail with postage prepaid on the following:

Ms. Kathryn Jordan
340 Royal Poinciana Way
Palm Beach, Florida 33480

s/ Kenneth W. Gage
Kenneth W. Gage (NY 2477784)
Paul, Hastings, Janofsky & Walker LLP
191 North Wacker Drive
30th Floor
Chicago, IL  60606
Telephone:  (312) 499-6046
Facsimile:   (312) 499-6146
E-Mail:  kennethgage@paulhastings.com

Counsel for Defendant
VERIZON CORPORATION