# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

E-FILED: 8/8/08

| | |
|---|---|
| KATHRYN JORDAN, | |
| Plaintiff, | Case No. 08-cv-06414 |
| v. | |
| VERIZON CORPORATION, | Judge Gerard E. Lynch |
| Defendant. | |

### JOINT STIPULATION FOR EXTENSION OF TIME TO ANSWER OR RESPOND TO PLAINTIFF'S COMPLAINT

Plaintiff Kathryn Jordan ("Plaintiff") and Defendant Verizon Corporation ("Verizon") through its counsel of record, hereby stipulate and agree as follows: Verizon's time in which to Answer or otherwise respond to Plaintiff's Complaint shall be extended to August 14, 2008.

Dated: August 7, 2008                                         Respectfully submitted,

LEGAL_US_W # 59661767.1

_____  
Kathryn Jordan  
340 Royal Poinciana Way  
Suite 317 -360  
Palm Beach FL 33480  

PLAINTIFF

_____  
Kenneth W. Gage (NY 2477784)  
Paul, Hastings, Janofsky & Walker LLP  
191 North Wacker Drive  
30th Floor  
Chicago, IL 60606  
Telephone: (312) 499-6046  
Facsimile: (312) 499-6146  
E-Mail: kennethgage@paulhastings.com  

Counsel for Defendant  
VERIZON CORPORATION

SO ORDERED  
_____  
GERARD E. LYNCH, U.S.D.J.  
8/7/08

LEGAL_US_W # 59661767.1

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of August, I served a true and correct copy of the foregoing **Joint Stipulation for Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint**, via U.S. Postal Service, Certified Mail/Return Receipt, via First Class Mail with postage prepaid on the following:

> Ms. Kathryn Jordan
> 340 Royal Poinciana Way
> Palm Beach, Florida 33480

/s/ Kenneth W. Gage

Kenneth W. Gage (NY 2477784)
Paul, Hastings, Janofsky & Walker LLP
191 North Wacker Drive
30th Floor
Chicago, IL 60606
Telephone: (312) 499-6046
Facsimile: (312) 499-6146
E-Mail: kennethgage@paulhastings.com

Counsel for Defendant
VERIZON CORPORATION